**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SAGITEC SOLUTIONS, LLC, | Court File No. 1:23-cv-01365 |
| Plaintiff and Counter-Defendant, | |
| v. | **JOINT STATUS REPORT** |
| CHICAGO TEACHERS' PENSION FUND, | |
| Defendant and Counter-Plaintiff. | |

In accordance with the Court's minute entry at Docket No. 65, the Parties respectfully submit the following Joint Status Report:

The Parties successfully mediated their dispute on June 27, 2024, and are in the process of drafting formal documents to close out the parties' contract, exchange mutual releases of claims, and dismiss this lawsuit. In light of the expected finalizing of these close out documents, the Parties request that the Court strike and reschedule the status hearing set for July 11, 2024 to a future date, by which time the Parties hope to file a stipulation of voluntary dismissal with prejudice and without an award of costs, legal fees, disbursements, or interest in this matter pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: July 9, 2024

*/s/ Bryant D. Tchida*
Monte L. Mann (Illinois Bar #6229771)
Armstrong Teasdale, LLP
100 North Riverside Plaza
Suite 1500
Chicago, IL 60606
Telephone: (312) 419-6900
Fax: (312) 419-6928
E-mail: mmann@atllp.com

*Attorneys for Plaintiff*

*Sagitec Solutions, LLC*

AND

Aaron A. Dean (MN Bar #243954)
Bryant D. Tchida (MN Bar #0314298)
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Ph.: (612) 877-5000
Fax: (612) 877-5999
E-Mail: Aaron.Dean@lawmoss.com
        Bryant.Tchida@lawmoss.com
*Attorneys for Plaintiff*
*Sagitec Solutions, LLC*

(*Admitted Pro Hac Vice*)


/s/ John M. Owen
One of Defendant's Attorneys

Peter M. Spingola (Atty. I.D. No. 6243942)
Robert J. Shapiro (Atty. I.D. No. 547404)
John M. Owen (Atty. I.D. No. 6313666)
James Kestler (Atty I.D. No. 6322627)
**CHAPMAN SPINGOLA, LLP**
190 South LaSalle Street, Suite 3850
Chicago, Illinois 60603
(312) 606-8752
jowen@chapmanspingola.com
pspingola@chapmanspingola.com
rshapiro@chapmanspingola.com
lcross@chapmanspingola.com

*Attorneys for Public School Teacher's Pension and Retirement Fund of Chicago, (CTPF) a public pension fund*

2