UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAGITEC SOLUTIONS, LLC,<br><br>    Plaintiff and Counter-Defendant,<br>v.<br><br>CHICAGO TEACHERS' PENSION FUND,<br><br>    Defendant and Counter-Plaintiff. | Court File No. 1:23-cv-01365<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and among the parties, by and through their respective counsel, that the above-captioned matter shall be dismissed, on the merits, with prejudice, and without costs, disbursements, interest or fees to any party, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: August 2, 2024

*/s/ Monte L. Mann*

Monte L. Mann (Illinois Bar #6229771)
Armstrong Teasdale, LLP
100 North Riverside Plaza
Suite 1500
Chicago, IL 60606
Telephone: (312) 419-6900
Fax: (312) 419-6928
E-mail: mmann@atllp.com

***Attorneys for Plaintiff***
***Sagitec Solutions, LLC***

AND

Aaron A. Dean (MN Bar #243954)
Bryant D. Tchida (MN Bar #0314298)
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Ph.: (612) 877-5000
Fax: (612) 877-5999
E-Mail: Aaron.Dean@lawmoss.com
        Bryant.Tchida@lawmoss.com

9554714v1

*Attorneys for Plaintiff*
*Sagitec Solutions, LLC*

(*Admitted Pro Hac Vice*)


/s/ John M. Owen
One of Defendant's Attorneys

Peter M. Spingola (Atty. I.D. No. 6243942)
Robert J. Shapiro (Atty. I.D. No. 547404)
John M. Owen (Atty. I.D. No. 6313666)
**CHAPMAN SPINGOLA, LLP**
190 South LaSalle Street, Suite 3850
Chicago, Illinois 60603
(312) 606-8752
jowen@chapmanspingola.com
pspingola@chapmanspingola.com
rshapiro@chapmanspingola.com

*Attorneys for Public School Teacher's Pension and Retirement Fund of Chicago, (CTPF) a public pension fund*

## **CERTIFICATE OF SERVICE**

The undersigned attorney, upon oath, hereby certifies that, on August 2, 2024, he caused a true and correct copy of the foregoing *Stipulation of Dismissal With Prejudice* to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing.

*/s/ Monte L. Mann*